B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Western_____ District Of __Missouri__

In re _Scott Allen Ross_____, Case No. __19-40714-drd13__

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _4___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _9/15/21_ (date).

Name of Alleged Transferor
U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

Name of Transferee
U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust

Address of Alleged Transferor:
c/o BSI Financial Services
1425 Greenway Drive, Suite 405
Irving, TX 75038

Address of Transferee:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                 **CLERK OF THE COURT**